J. B. Keeney et al., appellants, v. Wells Fargo & Company, appellee. Gen. No. 28,121.

Suit for damages for loss of goods shipped by common carrier. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Hayden N. Bell and Frank O. Campe, for appellants. Cutting, Moore & Sidley, for appellee; J. Dwight Dickerson, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Axel V. Tiesen, appellee, v. J. R. Geary and W. T. Geary, appellants. Gen. No. 28,140.

Suit on written agreement for payment for plans and specifications for flat building. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Oscar R. Zipf, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

William E. Rafferty, for appellants. Harold D. Huszagh, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Sybran C. Zondervan, appellee, v. August Lange, appellant. Gen. No. 28,175.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923. Rehearing denied April 9, 1923. *Certiorari* denied by Supreme Court (making opinion final).

David G. Stone, for appellant. Isidore Brown, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Peter Murton, appellant, v. J. A. Thomas, appellee. Gen. No. 28,196.

Action on cognovit in a judgment note. Judgment for plaintiff. Motion to vacate judgment allowed. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Joseph Z. Willner, for appellant. Harold J. Finder and Julius M. Lorenz, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.